## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| WATSON GUIDE IP, LLC and GUIDEDSMILE, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>3D DIAGNOSTIX, INC.,<br><br>                Defendant. | Civil Action No.: 24-cv-10518-LTS<br><br>Hon. Leo T. Sorokin<br><br>Magistrate Judge Donald L. Cabell |

## JOINT STATUS REPORT

Pursuant to the Court's February 12, 2025 Order (D.I. 35), Plaintiffs Watson Guide IP, LLC, and Guidedsmile, LLC and Defendant 3D Diagnostix, Inc., submit this Joint Status Report.

On July 19, 2024, defendant filed a petition in United States Patent and Trademark Office seeking post-grant review ("PGR") of the asserted claims of U.S. Patent No. 11,806,209 ("the '209 patent"). *3D Diagnostix, Inc. v. Watson Guide IP LLC*, PGR2024-00040. The PGR trial was instituted on January 28, 2025, and the Court allowed the parties' joint request to continue the stay of this case until the earlier of the Patent Trial and Appeal Board ("PTAB") issuing a Final Written Decision, the termination of the PGR, or February 1, 2026. (D.I. 35).

On January 27, 2026, the PTAB issued its Final Written Decision finding all challenged claims to be unpatentable. Exhibit 1.

Plaintiffs have indicated their intent to appeal the Final Written Decision. Accordingly, the parties jointly request that the Court continue the present stay through the final resolution of PGR2024-00040, including any appeals.

Dated: January 30, 2026

/s/Bruce G. Chapman
Attorneys for Plaintiffs

Andrew T. O'Connor (BBO #664811)
GOULSTON & STORRS PC
400 Atlantic Ave.
Boston, MA 02110
(617) 574-4153
aoconnor@goulstonstorrs.com

Marc A. Karish (*pro hac vice*)
Bruce G. Chapman (*pro hac vice*)
Oribit IP, LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
(310) 887-1333
mkarish@orbitip.com
bruce@orbitip.com

/s/Aaron R. Feigelson
Attorneys for Defendant

Wesley O. Mueller (*pro hac vice*)
Aaron R. Feigelson (BBO #654710)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of this **JOINT STATUS REPORT**, filed through the ECF system, was or will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 30, 2026.

*/s/Aaron R. Feigelson*
Aaron R. Feigelson